1  LOUIS A. HIGHMAN, CBN 61703
   BRUCE J. HIGHMAN, CBN 101760
2  HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
3  870 Market Street, Suite 467
   San Francisco, CA 94102
4  Telephone: (415) 982-5563
   Fax: (415) 982-5202
5
   Attorneys for Plaintiff
6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10                            SACRAMENTO DIVISION

11
   RAY MAULDIN,                          No. 2:13-CV-00253-MCE-EFB
12
            Plaintiff,                   STIPULATION FOR LEAVE TO
13                                       FILE SECOND AMENDED
    -v-                                  COMPLAINT; ORDER
14
   INTERNATIONAL SURFACING
15 SYSTEMS; VALLEY SLURRY SEAL;
   BASIC RESOURCES, INC.; DOES 1-10,
16 inclusive,

17          Defendants.

18

19     The parties hereto, by and through their respective attorneys, hereby stipulate that plaintiff

20 shall have leave to file a second amended complaint, a copy of which is attached hereto as Exhibit

21 1. Defendants preserve all rights to contest the allegations in the second amended complaint by way

22 /

23 /

24 /

25 /

26 /

27 /

28 /

1
Stipulation for Leave to File Second Amended Complaint; Order - No. 2:13-CV-00253-MCE-EFB

1 | of a motion to dismiss or other appropriate motion.

2 | DATED: February 13, 2013

HIGHMAN, HIGHMAN & BALL
A PROFESSIONAL LAW ASSOCIATION

By /s/ Bruce J. Highman
Bruce J. Highman
Attorneys for Plaintiff

DATED: February 13, 2013

COOK BROWN, LLP

By /s/ Dennis B. Cook
Dennis B. Cook
Attorneys for Defendants
International Surfacing Systems,
Valley Slurry Seal, and Basic Resources, Inc.

ORDER

IT IS SO ORDERED.

Dated: February 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE