1  LOUIS A. HIGHMAN, CBN 61703
   BRUCE J. HIGHMAN, CBN 101760
2  HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
3  870 Market Street, Suite 467
   San Francisco, CA 94102
4  Telephone: (415) 982-5563
   Fax: (415) 982-5202
5
   Attorneys for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

12 RAY MAULDIN,                            No. 2:13-CV-00253-MCE-EFB

13         Plaintiff,                      STIPULATION FOR LEAVE TO
                                           FILE SECOND AMENDED
14    -v-                                  COMPLAINT; ORDER

15 INTERNATIONAL SURFACING
   SYSTEMS; VALLEY SLURRY SEAL;
16 BASIC RESOURCES, INC.; DOES 1-10,
   inclusive,
17
           Defendants.
18

19     The parties hereto, by and through their respective attorneys, hereby stipulate that plaintiff

20 shall have leave to file a second amended complaint, a copy of which is attached hereto as Exhibit

21 1. Defendants preserve all rights to contest the allegations in the second amended complaint by way

22 /

23 /

24 /

25 /

26 /

27 /

28 /

of a motion to dismiss or other appropriate motion.

DATED: February 13, 2013

                HIGHMAN, HIGHMAN & BALL
                A PROFESSIONAL LAW ASSOCIATION

                By /s/ Bruce J. Highman
                Bruce J. Highman
                Attorneys for Plaintiff

DATED: February 13, 2013

                COOK BROWN, LLP

                By /s/ Dennis B. Cook
                Dennis B. Cook
                Attorneys for Defendants
                International Surfacing Systems,
                Valley Slurry Seal, and Basic Resources, Inc.

<u>ORDER</u>

IT IS SO ORDERED.

Dated: February 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE