LOUIS A. HIGHMAN, CBN 61703
BRUCE J. HIGHMAN, CBN 101760
HIGHMAN, HIGHMAN & BALL
A Professional Law Association
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone:  (415) 982-5563
Fax:  (415) 982-5202

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| RAY MAULDIN,<br><br>                    Plaintiff,<br><br>          v.<br><br>INTERNATIONAL SURFACING SYSTEMS; VALLEY SLURRY SEAL; BASIC RESOURCES, INC.; DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.  2:13-CV-00253-MCE-EFB<br><br>STIPULATION TO BINDING ARBITRATION AND TO STAYING ACTION DURING PENDENCY OF ARBITRATION; ORDER |

        The parties hereto by and through their respective attorneys with the full authority of their respective clients hereby stipulate that the claims in this case shall be resolved in binding arbitration and that this action is stayed during the pendency of the arbitration.  The parties are entering into a separate stipulation which will not be filed with the Court regarding the terms of the arbitration.  If the case is resolved in arbitration without any post-arbitration motion being filed in this Court, then the parties will file a stipulation dismissing this action as soon as the case is resolved.

DATED:  April 5, 2013

HIGHMAN, HIGHMAN & BALL
A PROFESSIONAL LAW ASSOCIATION


By/s/ Bruce J. Highman_____
                    Bruce J. Highman
                    Attorneys for Plaintiff



DATED:  April 5, 2013

COOK BROWN, LLP


By/s/ Dennis B. Cook_____
                    Bruce J. Highman
                    Attorneys for Defendants
                    International Surfacing Systems,
                    Valley Slurry Seal, and Basic Resources,
Inc.

**ORDER**

        IT IS SO ORDERED.


DATED:  APRIL 12, 2013




_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE