1   DENNIS B. COOK, ESQ. (SBN 093432)
    BARBARA A. COTTER, ESQ. (SBN 142590)
2   COOK BROWN, LLP
    2407 J STREET, SECOND FLOOR
3   SACRAMENTO, CALIFORNIA 95816
    T: 916.442.3100 | F: 916.442.4227
4   E: dcook@cookbrown.com; bcotter@cookbrown.com

5   Attorneys for Defendants INTERNATIONAL
    SURFACING SYSTEMS; VALLEY SLURRY SEAL; and
6   BASIC RESOURCES, INC.

7   LOUIS A. HIGHMAN, ESQ. (CBN 61703)
    BRUCE J. HIGHMAN, ESQ. (CBN 101760)
8   HIGHMAN & HIGHMAN
    870 MARKET STREET, SUITE 467
9   SAN FRANCISCO, CALIFORNIA 94102
    T: 415.982.5563 | F: 415.982.5202
10  E: bruce.highman@highmanlaw.com

11  Attorneys for Plaintiff RAY MAULDIN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| RAY MAULDIN,<br><br>        Plaintiff,<br><br>v.<br><br>INTERNATIONAL SURFACING SYSTEMS; VALLEY SLURRY SEAL; BASIC RESOURCES, INC.; DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:13-cv-00253-MCE-EFB<br><br>**STIPULATION FOR DISMISSAL, WITH PREJUDICE; ORDER**<br><br>Action Filed:     December 6, 2012<br>First Amended:   December 10, 2012<br>Second Amended: February 19, 2013<br>Third Amended:  January 15, 2014<br>Fourth Amended: September 21, 2015 |

///
///
///
///
///

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby dismissed with prejudice. Neither party shall seek an award of attorney's fees and costs from the Court.

DATED: April 16, 2018

COOK BROWN, LLP
DENNIS B. COOK, ESQ.
BARBARA A. COTTER, ESQ.

By: /s/ *Barbara A. Cotter*
Attorneys for Defendants
INTERNATIONAL SURFACING SYSTEMS; VALLEY SLURRY SEAL; and BASIC RESOURCES, INC.

DATED: April 16, 2018

HIGHMAN & HIGHMAN
LOUIS A. HIGHMAN, ESQ.
BRUCE J. HIGHMAN, ESQ.

By: /s/ *Bruce J. Highman*
Attorneys for Plaintiff
RAY MAULDIN

### ORDER

Good cause appearing and pursuant to Rule 41(a)(1)(ii), this matter is hereby DISMISSED with prejudice. Neither party shall seek an award of attorney's fees and costs from the Court. The Clerk is directed to close this file.

IT IS SO ORDERED.

Dated: April 16, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE